UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUDREY G., et al.,

        Plaintiffs,

   v.

CITY OF LAFAYETTE, et al.,

        Defendants.

Case No. 21-cv-03545-WHO

**ORDER GRANTING IN PART STIPULATION RE: BRIEFING SCHEDULE**

Re: Dkt. No. 15

Having reviewed the parties' stipulation to extend the briefing schedule and good cause appearing, their request is GRANTED in part. The deadline for Plaintiffs to file a response to Defendants' motion to dismiss is extended to October 8, 2021. Replies will be due October 15, 2021. The motion hearing remains set for October 27, 2021. The case management conference scheduled for October 19, 2021, is reset to October 27, 2021.

**IT IS SO ORDERED.**

Dated: October 5, 2021



William H. Orrick
United States District Judge