PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P.O. Box 5843
Oakland CA 94605
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela@pypesq.com

Ryan Knutson, Esq. (#310337)
Knutson Law Offices
125 12th Street, Suite 100-BALI
Oakland, CA 94607
Attorney for Plaintiff
Office Phone: (408) 634-9850
Office Fax: (415) 932-0666
ryan@klolawfirm.com

Attorneys for Plaintiffs

AUDREY G., a Minor and DEVIN G.,
a Minor by and through VICTOR GRAYSON
as Guardian Ad Litem, JESSE B., a Minor by
and through JAMES LARRY BENTON SR.
as Guardian Ad Litem, and JAMES LARRY
BENTON, SR. in his Individual Capacity

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY G., a Minor and DEVIN G.. a Minor by and through VICTOR GRAYSON as Guardian Ad Litem, JESSE B., a Minor by and through JAMES LARRY BENTON, SR. as Guardian Ad Litem, and JAMES LARRY BENTON, SR. in his Individual Capacity, <br><br> Plaintiffs, <br><br> V. <br><br> CITY OF LAFAYETTE, OFFICER | Case No.: 3:21-cv-03545-WHO <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** <br><br> Date: June 1, 2022 (currently set) <br> Time: 2:00 P.M. <br> Crtrm: 2, 17th Floor <br> Judge: Hon. Judge William H. Orrick |

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT HEARING DATE - Case No.: 3:21-cv-03545-WHO

1

KEVIN WHITE, OFFICER NEIL BLACK, CONTRA COSTA COUNTY, DOES 1 - 10,

Defendants.

The Parties to this action by and through their undersigned counsel hereby stipulate to the following:

1. WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Third Amended Complaint ("MTD"), ECF No. 39, which noticed hearing on the motion for June 1, 2022 at 2:00 P.M. in Northern District of California, Crtrm. 2, 17th Floor before the Honorable Judge William H. Orrick and the MTD has been fully briefed since May 3, 2022.

2. WHEREAS, counsel for Plaintiffs are unavailable for appearance on the currently noticed hearing date for the MTD of June 1, 2022 at 2:00 P.M.;

3. WHEREAS, the next available date on the Court's civil law and motion calendar that counsel for Plaintiffs are available for hearing on the MTD is June 15, 2022 at 2:00 P.M.;

Based on the foregoing, the Parties stipulate and respectfully request that, if the Court does not adjudicate the MTD on the briefs and submit the matter without hearing, the hearing on the MTD be continued to June 15, 2022 at 2:00 P.M.

///
///
///
///
///
///
///
///

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT HEARING DATE - Case No.: 3:21-cv-03545-WHO

2

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Plaintiffs' Counsel:

_____
Ryan P. Knutson, Attorney for Plaintiffs AUDREY G., a Minor and DEVIN G., a Minor by and through VICTOR GRAYSON as Guardian Ad Litem, JESSE B., a Minor by and through JAMES LARRY BENTON SR. as Guardian Ad Litem, and JAMES LARRY BENTON, SR. in his Individual Capacity.

Defendants' Counsel:

SEAN M. RODRIQUEZ /S/
_____
SEAN M. RODRIQUEZ
Deputy County Counsel
Attorney for Defendants
COUNTY OF CONTRA COSTA, CITY OF LAFAYETTE, AND OFFICER KEVIN WHITE

[~~PROPOSED~~ ORDER]

**IT IS HEREBY ORDERED** that, pursuant to the stipulation of the parties above, the stipulation is approved and the hearing on Defendants' Motion to Dismiss is continued to June 15, 2022 at 2:00 P.M., absent further order from the Court vacating the hearing date and submitting the matter on the briefs.

IT IS SO ORDERED.

Dated: May 23, 2022

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT HEARING DATE - Case No.: 3:21-cv-03545-WHO