MARY ANN McNETT MASON (SBN 115089)
County Counsel
SEAN M. RODRIQUEZ (SBN 286668)
Deputy County Counsel
COUNTY OF CONTRA COSTA
1025 Escobar Street, Third Floor
Martinez, California 94553
Telephone:   (925) 655-2280
Facsimile:    (925) 655-2266
Electronic Mail: sean.rodriquez@cc.cccounty.us

Attorneys for Defendants
CITY OF LAFAYETTE, OFFICER KEVIN WHITE,
OFFICER NEIL BLACK, and CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY G., a Minor and DEVIN G., a Minor by and through VICTOR GRAYSON as Guardian Ad Litem, JESSE B., a Minor by and through JAMES LARRY BENTON, SR. as Guardian Ad Litem, and JAMES LARRY BENTON, SR. in his Individual Capacity,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LAFAYETTE, OFFICER KEVIN WHITE, OFFICER NEIL BLACK, CONTRA COSTA COUNTY,<br><br>Defendants. | No. 3:21-cv-03545 WHO<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION DEADLINES<br><br>Crtrm: 2, 17th Floor<br>Judge: Hon. William H. Orrick, Presiding<br>Date Action Filed: May 11, 2021<br>Trial Date: None Assigned |

   Pursuant to Local Rule 6-1(a) of the Civil Local Rules of the U.S. District Court for the

Northern District of California, Plaintiffs Audrey G., Devin G., Victor Grayson, Jesse B., and

James Larry Benton, Sr. ("Plaintiffs"), and Defendants City of Lafayette, Officer Kevin

1   White, Officer Neil Black, and Contra Costa County ("Defendants"), by and through their

2   attorneys of record, hereby stipulate to a continuance of the deadlines related to Defendant

3   Officer Neil Black's Motion to Dismiss the Third Amended Complaint, currently set to come

4   for hearing before the Court on September 28, 2022.

5       Good cause exists for this requested continuance, as counsel for both parties will be

6   unavailable in early September 2022.

7       Therefore, Plaintiffs and Defendants hereby respectfully request that the Court:

8       1.    Find that good cause exists to continue the motion to dismiss schedule; and

9       2.    Order that Plaintiffs respond to the motion to dismiss by September 14, 2022;

10   set a reply date of September 23, 2022; and schedule a hearing on the motion to dismiss on

11   October 12, 2022.

12       IT IS SO STIPULATED.

13

14   **ATTORNEY ATTESTATION**

15       I hereby attest that I have authorization from all the above-named counsel to E-file this

16   stipulation and this authority is reflected by the conformed signature ("/s/") within this

17   document.

18   DATE: September 7, 2022                               */s/ Sean M. Rodriquez*

19                                                                          Sean M. Rodriquez, Esq.

DATED: September 7, 2022				MARY ANN McNETT MASON
							COUNTY COUNSEL


						By:     */s/ Sean M. Rodriquez*
							SEAN M. RODRIQUEZ
							Deputy County Counsel
							Attorneys for Defendants
							CITY OF LAFAYETTE, OFFICER KEVIN
							WHITE, OFFICER NEIL BLACK, and
							CONTRA COSTA COUNTY



DATED: September 7, 2022			By:     */s/ Pamela Y. Price*
							PAMELA Y. PRICE, ESQ.

							Attorney for Plaintiffs AUDREY G., a Minor and
							DEVIN G., a Minor by and through VICTOR
							GRAYSON as Guardian Ad Litem, JESSE B., a
							Minor by and through JAMES LARRY
							BENTON SR. as Guardian Ad Litem, and
							JAMES LARRY BENTON, SR. in his Individual
							Capacity

# [PROPOSED] ORDER

The Court, having reviewed the above stipulation and request, finds and orders as follows:

1. The Court finds that there is good cause to continue the opposition, reply, and hearing dates on Defendant Officer Neil Black's motion to dismiss the third amended complaint.

2. Plaintiffs will respond to the motion to dismiss by September 14, 2022; the reply is due September 23, 2022; and the hearing will be set for October 12, 2022.

**IT IS SO ORDERED.**

Date:  September 7, 2022



Honorable William H. Orrick
United States District Court,
Northern District of California