PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P.O. Box 5843
Oakland CA  94605
Telephone:  (510) 452-0292
Facsimile:   (510) 452-5625
E-mail:  pamela@pypesq.com

Attorneys for Plaintiffs
AUDREY G., DEVIN G., VICTOR GRAYSON as Guardian Ad Litem, JESSE B., JAMES LARRY BENTON, JR. as Guardian Ad Litem, and JAMES LARRY BENTON, SR. in his Individual Capacity

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY G., a Minor and DEVIN G., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> CITY OF LAFAYETTE, et al., <br><br>  Defendants. | NO.  3:21-cv-03545 WHO <br><br> **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR BRIEFING ON DEFENDANT BLACK'S MOTION TO DISMISS** |

**COMES NOW** the parties to the above-entitled action hereby stipulate to enlarge the time for Plaintiffs to file their opposition to Defendant Black's Motion to Dismiss for two (2) days up to September 16, 2022. The parties also stipulate and agree that Defendant Black will have three (3) additional days to file a Reply Brief, if any, from September 23 to September 26, 2022.

Dated:  September 14, 2022		PAMELA Y. PRICE, ATTORNEY AT LAW

		/s/ *Pamela Y. Price*
		PAMELA Y. PRICE, Attorney for Plaintiff

Dated:  September 14, 2022		MARY ANN McNETT MASON
		COUNTY COUNSEL

		/s/ *Sean M. Rodriquez*
		SEAN M. RODRIQUEZ, Attorney for Defendants

**<u>ORDER</u>**

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiffs shall file their opposition to Defendant Black's Motion to Dismiss on or before September 16, 2022, and Defendants shall file their Reply Brief, if any, on or before September 26, 2022.

Dated: September 19, 2022

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT